UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WAYNE A. HIDALGO,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>BELLAGIO, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 2:17-cv-00711-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 10) |

Before the court is the Substitution of Attorney (ECF No. 10) wherein Attorney Michael P. Balaban is substituting in the place and stead of Plaintiff Wayne A. Hidalgo, who initially appeared pro se. The court will construe the motion as a Notice of Appearance on behalf of Plaintiff, and Mr. Balaban shall be recognized as counsel of record in all further proceedings in this matter.

**IT IS SO ORDERED**

DATED this 25th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1